ROBERT C. PRUYN, Respondent, v. EDWARD W. McCREARY, as Late Sheriff of the County of Albany, et al., Defendants, and CHARLES C. BLACK, as Receiver of the ECUADOR COMPANY, Appellant.

*Pruyn* v. *McCreary*, 105 App. Div. 302, affirmed.
(Argued October 5, 1905; decided October 24, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1905, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint.

The following questions were certified:

"I. Has the Supreme Court jurisdiction of the person of the defendant Charles C. Black, as receiver of the Ecuador Company?

"II. Has the Supreme Court jurisdiction of the subject of the action?"

*Theodore L Frothingham* for appellant.

*Charles A. Collin* and *John L. Wells* for respondent.

Order affirmed, with costs; questions certified answered in affirmative; no opinion.

Concur: CULLEN, Ch J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.